AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| BRANDON CALLIER<br><br>*Plaintiff(s)*<br>v.<br>WIDE MERCHANT INVESTMENT INC., a dissolved California Corporation, BLUE COAST SERVICE, INC., a Nevada Corporation, and DAVID BOEM JOON KIM, an Individual<br>*Defendant(s)* | Civil Action No.<br><br>2:24-cv-10131-UA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BLUE COAST SERVICE, INC., a Nevada Corporation
c/o David Kim (Registered Agent)
3580 Wilshire Boulevard, Suite 160
Los Angeles, CA 90010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BRANDON CALLIER
Plaintiff, Pro Se
1490 A George Dieter Drive, #174
El Paso, TX 79936
Phone: (915) 383-4604
Email: callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/07/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BRANDON CALLIER<br><br>*Plaintiff(s)*<br>v.<br>WIDE MERCHANT INVESTMENT INC., a dissolved California Corporation, BLUE COAST SERVICE, INC., a Nevada Corporation, and DAVID BOEM JOON KIM, an Individual<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BLUE COAST SERVICE, INC., a Nevada Corporation
c/o David Kim (Registered Agent)
3580 Wilshire Boulevard, Suite 160
Los Angeles, CA 90010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BRANDON CALLIER
Plaintiff, Pro Se
1490 A George Dieter Drive, #174
El Paso, TX 79936
Phone: (915) 383-4604
Email: callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/07/2024               _____
*Signature of Clerk or Deputy Clerk*



