| | |
|---|---|
| 1 | BUCHALTER |
| | A Professional Corporation |
| 2 | GABRIEL G. GREEN (SBN: 222445) |
| | ARTIN BETPERA (SBN: 244477) |
| 3 | ELAINE Y. CHENG (SBN: 359685) |
| | 1000 Wilshire Boulevard, Suite 1500 |
| 4 | Los Angeles, CA 90017-1730 |
| | Telephone: 213.891.0700 |
| 5 | Fax: 213.896.0400 |
| | Email: ggreen@buchalter.com |
| 6 | abetpera@buchalter.com |
| | echeng@buchalter.com |
| 7 | |
| | Attorneys for Defendants |
| 8 | WIDE MERCHANT INVESTMENT, INC., |
| | WIDE MERCHANT HOLDINGS, INC. |
| 9 | BLUE COAST SERVICE, INC. |
| | DAVID BOEM JOON KIM |
| 10 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BRANDON CALLIER, an individual, | Case No. 2:24-CV-10131-MEMF-JC |
| Plaintiff, | **JOINT STIPULATION REQUESTING ORDER VACATING DISMISSAL AND RESETTING HEARING FOR MOTION TO DISMISS** |
| vs. | |
| WIDE MERCHANT INVESTMENT, INC., a dissolved California corporation, WIDE MERCHANT HOLDINGS, INC., a Nevada corporation, BLUE COAST SERVICE, INC., a Nevada corporation, and DAVID BOEM JOON KIM, an individual, | Judge:   Hon. Maame Ewusi-Mensah Frimpong |
| Defendants. | |

COME NOW, Defendants Wide Merchant Investment, Inc., Wide Merchant Holdings, Inc., Blue Coast Service, Inc., and David Boem Joon Kim (collectively, "Defendants"), through its counsel of record, and plaintiff Brandon Callier ("Plaintiff"), in pro per, and hereby submit the following stipulation requesting an order vacating the dismissal and re-calendaring the hearing for Defendants' Motion to Dismiss to allow Plaintiff an opportunity to file an opposition.

## RECITALS

WHEREAS, Plaintiff filed his original complaint on November 11, 2024 [ECF Dkt. #1];

WHEREAS, Plaintiff filed his first amended complaint ("FAC") on March 16, 2025 [ECF Dkt. #16];

WHEREAS, Plaintiff effectuated service of process on defendant Wide Merchant Investment, Inc., only, on March 25, 2025 [ECF Dkt. #22];

WHEREAS, on April 15, 2025, Defendants filed their motion to dismiss Plaintiff's FAC (the "Motion to Dismiss") [ECF Dkt. #24];

WHEREAS, on April 25, 2025, Plaintiff contacted Defendants' counsel regarding the Motion to Dismiss;

WHEREAS, on May 15, 2025, Defendants filed a reply brief in support of their Motion to Dismiss noting that Plaintiff had failed to file any opposition to the Motion to Dismiss and requesting the granting of the Motion to Dismiss [ECF Dkt. #26];

WHEREAS, on May 16, 2025, this Court issued its Order dismissing the case based on Plaintiff not filing an opposition to the Motion to Dismiss [ECF Dkt. #27];

WHEREAS, on May 19, 2025, Plaintiff contacted Defendants' counsel indicating that while he knew of the Motion to Dismiss, he never received service of the Motion to Dismiss and requested that Defendants stipulate to have the dismissal vacated; and

WHEREAS, as Defendants' counsel was unable to verify that the Motion to Dismiss was served on Plaintiff via mail service outside of the ECF system, Defendants are agreeable to have the dismissal vacated and the hearing on the Motion to Dismiss re-calendared to allow Plaintiff a further opportunity to file any opposition.

## AGREEMENT

THEREFORE, in consideration of the foregoing recitals, Defendants, through their counsel of record, and Plaintiff, in pro per, agree and stipulate to a request to this Court to enter an order vacating the dismissal entered on May 16, 2025, and resetting the hearing on the Motion to Dismiss to June 19, 2025, to allow Plaintiff a further opportunity to file any opposition to the

///

1  Motion to Dismiss.

2      IT IS SO STIPULATED.

3  DATED: May 19, 2025      BUCHALTER
                                                A Professional Corporation

By: _____
         GABRIEL G. GREEN
         ARTIN BETPERA
         ELAINE Y. CHENG

        Attorneys for Defendants
WIDE MERCHANT INVESTMENT, INC.
WIDE MERCHANT HOLDINGS, INC.
BLUE COAST SERVICE, INC.
DAVID BOEM JOON KIM

DATED: May 19, 2025      BRANDON CALLIER

By: _____
               In Pro Per

BN 89310246

# CERTIFICATE OF SERVICE

I, declare that I am an employee of Buchalter, a Professional Corporation, located at 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017. I am over the age of eighteen years and not a party to this action or proceeding.

On **May 20, 2025**, I caused the following document(s): **JOINT STIPULATION REQUESTING ORDER VACATING DISMISSAL AND RESETTING HEARING FOR MOTION TO DISMISS** to be served on all other parties and/or their attorney(s) of record to this action by ☒ electronically serving ☐ faxing and/or ☒ placing a true copy thereof in a sealed envelope as follows::

Brandon Callier
1490 A George Dieter Drive
Unit 174
El Paso, TX 79936
Email: callier74@gmail.com

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Los Angeles, California on **May 20, 2025**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ **BY EMAIL** On **May 20, 2025**, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **May 20, 2025**, at Los Angeles, California.

Deborah L. Brown          */s/ Deborah L. Brown*
                                    (Signature)