# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CALLIER<br><br>Plaintiff(s),<br><br>v.<br><br>WIDE MERCHANT INVESTMENT INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−10131−MEMF−JC<br><br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

__6/19/2025__     __33__          __Motion__

Date Filed     Document. No.     Title of Document.

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: June 20, 2025          /s/ *Maame Ewusi−Mensah Frimpong*
                              United States District Judge